# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

DARLA VENNARD;
        Plaintiff(s)

v.         **Civil Action No.**   3:13CV1037

BIOMET INC;
BIOMET ORTHOPEDICS LLC;
BIOMET US RECONSTRUCTION LLC;
DOES 1 THROUGH 10, inclusive (term 5/27/2014)
        Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other:   This case is hereby DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b).

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge   Robert L. Miller, Jr.   on a motion for _____

DATE:  September 4, 2017         ROBERT TRGOVICH, CLERK OF COURT

                                                       by     S/ J. Darrah
                                                         *Signature of Clerk or Deputy Clerk*